**IT IS ORDERED as set forth below:**



**Date: December 1, 2021**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| KIM KINSEY, | ) | CASE NO. 18-70040-LRC |
| | ) | |
| DEBTOR. | ) | |

**ORDER GRANTING MOTION TO APPROVE COMPROMISE OF CLAIM AND APPLICATION FOR COMPENSATION OF SPECIAL COUNSEL**

On October 5, 2021 Debtor filed a *Motion to Approve Compromise of Claim and Application for Compensation of Special Counsel* requesting approval for Debtor's personal injury settlement in the amount of $12,200.00 and compensation for Debtor's special counsel (Doc. No. 56) (the "Motion"). No responses or objections were filed. Debtor contends hearing on the Motion was properly noticed for November 16, 2021, at which time no opposition was announced; accordingly, it is hereby

**ORDERED** that the Debtor's personal injury settlement in the amount of $12,200.00 is *approved.* It is further

**ORDERED** that Debtor's Special Counsel, Julian Lewis Sanders with The Law

Offices of Julian Lewis Sanders & Associates, LLC may be compensated $4,441.66 for

attorney fees and expenses.  It is further

**ORDERED** that Special Counsel may disburse $1,000.00 from Debtor's

settlement to Summit Surgery Center of Buckhead.  It is further

**ORDERED** that Special Counsel shall disburse the remaining funds pursuant to

the Consent Order on Debtor's *Motion to Retain Net Proceeds from Personal Injury*

*Claim.*

### [END DOCUMENT]

Prepared and Presented by:
____/s/_____
Thomas Reichard
GA Bar # 150822
Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
treichard@cw13.com

No Opposition by:
____/s/_____
Mandy K. Campbell
GA Bar #142676
Attorney for Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

### Distribution List

CLARK & WASHINGTON, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341

United States Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, Georgia, 30303

Melissa J. Davey
Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Kim Kinsey
2033 Buckingham Court
Decatur, GA 30035-2113

Julian L. Sanders
Law Offices of Julian Sanders and
Associates LLC
3560 Lenox Road NE
Suite 1500
Atlanta, GA 30326